# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2487 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 52 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 89574 |
| | : | |
| CANDACE MARIE STAMOS FORD, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of June, 2018, upon consideration of the Recommendation of the Disciplinary Board, Candace Marie Stamos Ford is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). She shall comply with the provisions of Pa.R.D.E. 217.

Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).

The Order constitutes an imposition of public discipline with the meaning of Pa.R.D.E. 402, pertaining to confidentiality.